# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL A. WASHINGTON, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>GARFIELD COUNTY DETENTION )<br>CENTER, et al., )<br>)<br>      Defendants. ) | Case No. CIV-15-899-F |

## REPORT AND RECOMMENDATION

Plaintiff, a state prisoner appearing pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. He has also filed an Application for Leave to Proceed in Forma Pauperis [Doc. No. 5] and a supporting affidavit. Plaintiff supplemented his Application, *see* Supplements [Doc. Nos. 7 and 9], following the Court's Orders directing him to cure certain deficiencies related to the same. The case has been referred by United States District Judge Stephen P. Friot for initial proceedings in accordance with 28 U.S.C. §636(b)(1)(B) and (C).

A review of Plaintiff's Application indicates that Plaintiff has sufficient funds in his institutional savings account to prepay the filing fee of $400. Because Plaintiff has sufficient funds available to prepay the entire filing fee, Plaintiff's Application for Leave to Proceed In Forma Pauperis [Doc. No. 5] should be denied. 28 U.S.C. § 1915(a)(1). *See also Lister v. Department of the Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005).

If Plaintiff does not pay the $400 filing fee in full to the Clerk of the Court within twenty-one days of any order adopting this Report and Recommendation, it is recommended that this action be dismissed, without prejudice to refiling, pursuant to LCvR 3.3(e).

Plaintiff is advised of his right to object to this Report and Recommendation. *See* 28 U.S.C. § 636 and Fed. R. Civ. P. 72. Any such objections should be filed with the Clerk of the

District Court by October 19, 2015. Plaintiff is further advised that failure to make timely objection to this Report and Recommendation waives his right to appellate review of the factual and legal issues addressed herein. *Moore v. United States*, 950 F.2d 656 (10th Cir. 1991).

ENTERED this 28th day of September, 2015.

BERNARD M. JONES
United States Magistrate Judge