# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL A. WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>GARFIELD COUNTY DETENTION )<br>CENTER, et al., )<br>)<br>Defendants. ) | Case No. CIV-15-0899-F |

## **ORDER**

In his Report and Recommendation at doc. no. 10, Magistrate Judge Bernard M. Jones recommended denial of plaintiff's application to proceed *in forma pauperis*, doc. no. 5, and also recommended dismissal of this action without prejudice if plaintiff failed to pay the filing fee. On motion by the plaintiff, the court has extended plaintiff's time to pay the filing fee. On November 18, 2015, after the court's most recent extension, the clerk docketed a receipt for payment of the filing fee. Doc. no. 17. Accordingly, the filing fee has now been paid. The motion for leave to proceed *in forma pauperis* is **DENIED** as recommended in the Report, and the Report is **ADOPTED** to the extent it is not moot as a result of the payment of the filing fee. This action remains referred to the Magistrate Judge.

Dated this 19th day of November, 2015.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

15-0899p004.wpd